Bobby FELDER, Plaintiff-Appellant-Cross
Respondent and Cross Petitioner,†

v.

Duane CASEY, Patrick Eaton, Robert Farkas, Peter
Pochowski, Robert Connolly, Edward Heideman,
Stanley Olsen, Roger Weber, Michael Kempfer
and Gary Hoffman, Defendants-Respondents and
Cross Appellants-Petitioners.†

Supreme Court

*No. 85–1344. Filed August 23, 1988.*

(Also reported in 427 N.W.2d 854.)

PER CURIAM ORDER.

The decision of this court reversing the decision of the court of appeals having been reversed by the United States Supreme Court,

IT IS ORDERED that the mandate filed on June 24, 1987, in this matter is vacated; and

IT IS FURTHER ORDERED that the decision of the court of appeals is affirmed. No costs are allowed to any party in this court.

---

† Motions for reconsideration granted. This order was withdrawn by a per curiam order of November 15, 1988. See Volume 146 Wis. 2d.